# EXHIBIT 2

17249/0/02500238.DOCXv1

**REDACTED**

**KEYES LAW FIRM, LLC**
Advocates for asbestos victims

**Mary H. Keyes, Esq.**

P.O. Box 7480
Baltimore, MD 21227

1-855-42KEYES (toll free)
443-304-2452 (fax)

mkeyes@keyeslawfirm.com

Paul Napoli, Esquire
Marc Willick, Esquire
Napoli Bern Ripka Shkolnik LLP
350 Fifth Avenue, Suite 7413
New York, NY 10118

July 18, 2013

Re:   ▮▮▮▮ Association Agreement

Dear Paul and Marc:

    The purpose of this letter is to memorialize our recent agreement to associate on the asbestos case of ▮▮▮▮▮▮▮▮.

    Your firm has agreed to undertake representation of ▮▮▮▮▮▮▮▮. Your firm will be responsible for every aspect of representation, including filing a complaint in a timely manner, propounding and responding to discovery, deposing plaintiff, deposing fact witnesses, conducting medical and expert work-up, handling motions practice, and, if applicable, trying the case and handling any post-trial matters. Your firm will also be responsible for client contact. The client's contact information has been provided to you. You may contact the client as soon as I inform you that I have received the client's consent to associate your firm.

    My firm will not actively be engaged in the representation of ▮▮▮▮▮▮▮▮.

    The underlying contract in the case provides for a 40% contingency agreement, with fees being recovered before costs, unless otherwise specified. In accordance with our agreement, the referring firm will retain 25% of attorneys' fees derived from any settlements or verdicts. As to the remaining 75% of attorneys' fees, my firm will retain 20% of those fees, and your firm will retain 80%. The referring firm is submitting all bankruptcy claims and will retain 100% of the attorneys' fees derived from those claims.

    Your firm agrees to copy my firm on all settlement disbursement to clients, and to remit legal fees to my firm simultaneously. My firm reserves the right to have access to client files and any accounting records pertaining to shared clients. When disbursing attorneys' fees, for each disbursement your firm will send a single check to me representing my firm's share of the attorneys' fees, as well as the referring firm's share. I will then write the referring firm a check for its portion of the fees.



REDACTED

The above fee split pertains to any attorneys' fees recovered in the case, including those resulting from any settlement reached before a case is even filed, or resulting from other "administrative settlement deals."

Per our prior conversations, you understand that the referring firm will endeavor to obtain as much bankrupt product identification as possible, and will submit those claims as soon as possible, regardless of whether the underlying litigation is resolved. My firm will serve as a liaison between your firm and the referring firm to ensure the sharing of resources and consistency between assertions supporting bankruptcy claims and those supporting claims in the civil suit.

At no time will your firm communicate to a client that you are closing a case before first consulting with me.

Your firm will expense the lawsuit against the solvent defendants.

If the above comports with your understanding of our agreement, please sign below on behalf of your firm and return the executed agreement to me.

I appreciate your willingness to undertake representation of ▮▮▮▮▮

Very truly yours,

*Mary H. Keyes*

Mary H. Keyes, Esq.

_____
Paul Napoli, Esq. on behalf of
Napoli Bern Ripka Shkolnik LLP

7/06/13
Date