

**Rosenberg Martin Greenberg**LLP

Benjamin Rosenberg
brosenberg@rosenbergmartin.com

January 11, 2019

***VIA CM/ECF***

Honorable Richard D. Bennett
United States District Court for the District of Maryland
101 West Lombard Street
Chambers 5D
Baltimore, Maryland 21201

      Re:   *Keyes Law Firm, LLC v Napoli Bern Ripka Shkolnik, LLP, et al.*
              Case No. 1:17-cv-02972-RDB

Dear Judge Bennett:

      I respectfully request that the Court consider this letter a supplement to Defendants Paul J. Napoli, Napoli Shkolnik PLLC, Paul Napoli Law PLLC, and Napoli Law PLLC's (the "Napoli Defendants") prior memoranda in support of their Motion for Judgment on the Pleadings (ECF # 116, 124).

      On January 2, 2019, the New York State Bar Association Committee on Professional Ethics issued Opinion No. 1160. A copy of Opinion 1160 is attached as Exhibit 1. The Ethics Committee's advice was sought by a member of the New York State Bar who was contemplating a fee-splitting arrangement with another lawyer who was not barred in New York. The Ethics Committee's Opinion expressly states, "we have never sanctioned an arrangement between a New York lawyer and a non-attorney consisting of nothing more than signing up clients and passing them onto lawyers, with a fee skimmed off the top." (Ex. 1, ¶ 4.) The Committee's statement of its policy precisely describes the impermissible arrangement which forms the entire basis of Plaintiff's claims.

      Plaintiff alleges that Defendants breached "Association Agreements" with Plaintiff, which it describes as fee-splitting arrangements between a New York law firm (Defendant Napoli Bern Ripka Shkolnik, LLP) and an out-of-state law firm (Plaintiff Keyes Law Firm, LLC), whose attorneys are not admitted to practice in New York. NYSBA Ethics Opinion 1160 provides additional support for the Napoli Defendants' contention that the Association Agreements are unenforceable as a matter of New York law.

                                      Respectfully submitted,

                                      Benjamin Rosenberg

cc:   All counsel of record (*via CM/ECF*)

Enclosure