LAW OFFICES
# KRAMON & GRAHAM, P. A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201

TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

www.kramonandgraham.com

DAVID J. SHUSTER

ALSO ADMITTED IN DC

E-MAIL
dshuster@kg-law.com

DIRECT FACSIMILE
(410) 361-8229

April 10, 2019

**VIA ECF**
The Honorable Richard D. Bennett, District Judge
United States District Court for the District of Maryland
101 West Lombard Street, Chambers 5D
Baltimore, Maryland  21201

RE: *Keyes Law Firm, LLC v. Napoli Bern Ripka Shkolnik, LLP, et al.*, 17-cv-2972-RDB

Dear Judge Bennett:

      I write on behalf of Plaintiff Keyes Law Firm, LLC ("KLF").  Yesterday, we contacted Chambers to obtain dates for a teleconference pursuant to the Court's August 14, 2018 Letter Order (ECF 65-1) pertaining to the 2-page letter procedure for resolving discovery disputes.  Your Honor's assistant advised that we should get back to her as soon as possible with an agreed date because the timeslots will not likely remain open for long.

      We requested teleconference dates because the Napoli Defendants: (1) have not complied with this Court's February 28, 2019 Letter Order (ECF 152); and (2) continue to refuse to account for all funds recovered on behalf of the Subject Clients and to itemize all disbursements from such recoveries and, further, continue to refuse to produce the source documents from which a complete accounting of the monies at issue can be made.[1]

      Attached is a recent email exchange with the Napoli Defendants' respective counsel, where I attempted to move forward with opposing counsel on these important issues.  The Court will see from defense counsels' responses that I was unable to make any substantive progress on either the underlying discovery issues or even scheduling the teleconference.  Unfortunately, our exhaustive efforts since last summer to persuade the Napoli Defendants to comply with their obligations have not worked and I have very little hope things will change.

      In addition, the Court should be aware that the Napoli Defendants have not answered KLF's second set of interrogatories (the answers were due last Thursday and we received no communications from them to request an extension or to advise of the status of the answers).  Further, answers to the amended complaint were due in mid-March.  On March 26, 2019, we were advised that Saul Ewing would be filing answers for Napoli Bern Ripka & Associates, LLP and Pasternack Tilker Napoli Bern, LLP that week.  To date, no answer has been filed for either defendant.  Again, we have heard nothing from defense counsel about this.

---

[1] Counsel for the Napoli Defendants have agreed this information is discoverable.  Accordingly, KLF believes the failure to provide the information is attributable to the Napoli Defendants, not their lawyers.

17249/0/02964298.DOCXv1

The Honorable Richard D. Bennett
April 10, 2019
Page 2

    While I appreciate that defense counsel may be in a difficult situation, the bottom line is that the Napoli Defendants' obstruction on all fronts is causing serious delays (e.g., in working with our experts) and threatens to prejudice KLF's ability to prosecute its claims. Trial begins on December 9, and Your Honor made it clear that the trial will not be postponed. KLF likewise very much wants to keep the trial date in place.

    KLF requests that this Court set a teleconference for one of the following dates (which, as of yesterday, were clear on Your Honor's calendar): April 17 at 4:30 p.m.; April 18 at 11:30 a.m.; April 22 at 12:30 pm.; or April 23 at 2 p.m. The failure of the Napoli Defendants' counsel to say one way or the other whether any of these dates is acceptable should not block KLF's ability to move forward in discovery.[2]

                                                   Respectfully submitted,

                                                   */s/ David J. Shuster*

                                                   David J. Shuster

Enclosure

cc:    All Counsel of Record (by email)

---

[2] Although the Bern Defendants' discovery responses are not the subject of this particular discovery dispute, William N. Sinclair, Esquire, counsel for the Bern Defendants, did respond that he is available on April 17 or 18.

17249/0/02964298.DOCXv1