IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KEYES LAW FIRM, LLC, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. RDB-17-2972 |
| NAPOLI BERN RIPKA SHKOLNIK, LLP, et al. | * | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>JUDGEMENT AWARDING FEES AND EXPENSES</u>**

This Court has considered the Fee Application of the Plaintiff Keys Law Firm, LLC (ECF#192) and the documentation in support of that application, the opposition of the Defendants (ECF#197) and the Plaintiff's Reply and Modification of its application (ECF#198). Having heard the arguments of counsel at the May 9, 2019 Show Cause Hearing, this Court has previously ruled on the record that the specific Defendants identified herein did not comply with this Court's Orders of February 28, 2019 (ECF#152) and April 18, 2019 (ECF#186). Accordingly, for the reasons previously set forth on the record at the May 9, 2019 hearing, and pursuant to Rule 37(b)(2)(C) the Plaintiff is entitled to an award of attorneys' fees and expenses for the Defendants' discovery violations.

Therefore, for good cause shown, IT IS HEREBY ORDERED AND ADJUDGED this 6th day of September, 2019 as follows:

(1) For the reasons stated in the Fee Application (ECF#192) this Court finds that 10 of 12 *Johnson Factors* as noted in *Barber v. Kimbrells, Inc.* 577 F.2d 216, 226 n.28 (4th Cir. 1978) and *Johnson v. Georgia Highway Express, Inc.* 488 F.2d 714 (5th Cir. 1974) are satisfied and weigh overwhelmingly in favor of the Plaintiff;

(2) The Attorneys Fees requested are consistent with the Lodestar Ranges set forth in Appendix B to this Court's Local Rules (December 2018).

(3) The Court hereby awards $316,873.12 (representing fair and reasonable attorneys' fees of $185,792.25 and expenses of $131,080.87) to Plaintiff and its counsel Kramon & Graham, P.A. and against each of the following Defendants, jointly and severally: Napoli Bern Ripka Shkolnik, LLP; Napoli Bern, LLP; Napoli, Bern & Associates, LLP; Napoli Bern Ripka, LLP; Napoli Bern Ripka & Associates, LLP; Napoli Bern Ripka Shkolnik & Associates, LLP; Law Offices of Napoli Bern, LLP; Law Offices of Napoli Bern Ripka & Associates LLP; Law Offices of Napoli Bern Ripka Shkolnik LLP; Law Offices of Napoli Bern Ripka Shkolnik & Associates LLP; Napoli, Kaiser, Bern & Associates, LLP; Pasternack Tilker Napoli Bern LLP; Paul J. Napoli; Napoli Shkolnik PLLC; Napoli Law PLLC; and Paul Napoli Law PLLC;

(4) This Judgment shall be entered by the Clerk as a money judgment against each Defendant identified in paragraph (2) above, jointly and severally;

(5) Post-judgment interest at 10% per annum shall accrue on this Judgment; and

(6) The Defendants identified in paragraph (3) above shall post a cash or surety bond in the amount of $316,873.12.

ENTERED this 6th day of September, 2019.           /s/
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Richard D. Bennett
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge