IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| KEYES LAW FIRM, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:17-cv-02972-RDB |
| ) | |
| NAPOLI BERN RIPKA SHKOLNIK, LLP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants, Napoli Bern Ripka Shkolnik, LLP, Napoli Bern, LLP, Napoli Bern & Associates, LLP, Napoli Bern Ripka, LLP, Napoli Bern Ripka Shkolnik & Associates, LLP, Law Offices of Napoli Bern, LLP, Law Offices of Napoli Bern Ripka & Associates, LLP, Law Offices of Napoli Bern Ripka Shkolnik LLP, Law Offices of Napoli Bern Ripka Shkolnik & Associates LLP, Napoli, Kaiser, Bern & Associates, LLP, and Pasternack Tilker Napoli Bern LLP (the "Legacy Defendants"), by and through their undersigned counsel, hereby appeal to the United States Court of Appeals for the Fourth Circuit from Order entered on September 24, 2019 [Docket No.234] and all intertwined predecessor Orders and proceedings.

Dated: October 7, 2019

Respectfully submitted,

*s/ Michelle N. Lipkowitz*
Michelle N. Lipkowitz (Bar No. 27188)
Leland Shelton (Bar No. 20682)
Saul Ewing Arnstein & Lehr LLP
500 E. Pratt Street, Suite 800
Baltimore, MD 21202
(410) 332-8603 (telephone)
(410) 332-8081 (facsimile)

-2-

>michelle.lipkowitz@saul.com
>Leland.shelton@saul.com
>*Attorneys for Legacy Defendants*

-3-

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of October, 2019, a copy of the foregoing Notice of Appeal was served to all counsel of record via CM/ECF.

*/s/ Leland S. Shelton*
Leland S. Shelton, Bar No. 20682