IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | |
|---|---|
| KEYES LAW FIRM, LLC, | Civil Action |
| *Plaintiff,* | |
| v. | CASE NO.: 1:17-CV-02972-RDB |
| NAPOLI BERN RIPKA SHKOLNIK, LLP, *et al.,* | |
| *Defendants.* | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants, Paul J. Napoli, Paul J. Napoli Law PLLC, Napoli Shkolnik PLLC, and Napoli Law PLLC, by and through their undersigned counsel, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order entered on September 24, 2019 [Docket No. 234] and all intertwined predecessor Orders and proceedings.

Respectfully submitted,

**OFFIT KURMAN, P.A.**

By: */s/ Meghan K. Finnerty*
Timothy C Lynch, Esquire
Harold M Walter, Esquire
Eric J Pelletier, Esquire
Meghan K Finnerty, Esquire
300 East Lombard Street, Suite 2010
Baltimore, MD 21202
Telephone: 410-209-6400
Facsimile: 410-209-6435
Email: tlynch@offitkurman.com
      hwalter@offitkurman.com
      epelletier@offitkurman.com
      mfinnerty@offitkurman.com

*Counsel for Defendants,*
*Paul J. Napoli, Paul Napoli Law PLLC,*
*Napoli Shkolnik PLLC,*

*and Napoli Law PLLC*
*(collectively "Napoli Defendants")*

Dated: October 16, 2019