UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
A. DAVID COPPERTHITE
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0946
MDD_ADCChambers@mdd.uscourts.gov

November 4, 2019

TO COUNSEL OF RECORD

Re: *Keyes Law Firm, LLC v. Napoli Bern Ripka Shkolnik, LLP, et al.*
Civil No. RDB-17-2972

Dear Counsel:

I have reviewed the latest discovery dispute, ECF 301-03. The parties and subpoenaed parties, Bank of America and Wilmington Savings Fund Society ("the banks") will comply with the following ORDER:

1. The banks are to fully comply with the prior order of disclosure of this Court. A complete set of responsive documents are to be provided to both parties.

2. The parties shall mutually select a CPA firm to perform the redaction process in compliance with the Court's Order. The selection of the CPA firm will occur promptly and a complete set of responsive documents shall be furnished to the CPA firm to perform the redactions. The redactions shall be performed using the list of 2,174 identified clients and the parameters described in ECF 303 at paragraphs 2 and 3, which the Court agrees are appropriate. The parties shall continue to cooperate to effect the timely resolution of redactions. Any intentional and unnecessary delay of this process may result in sanctions.

3. The parties are each permitted to have their own CPA designee confer with the CPA firm conducting the redactions to ensure compliance with this Court's prior Order.

4. Once the complete set of responsive documents are provided to the mutually agreed upon CPA firm to perform the redactions, the parties are directed to destroy any copies they were originally provided. The parties will provide one unredacted set of responsive documents to the Court on disc or other storage device to ensure the safety of those documents. The Court will maintain those documents until this litigation is concluded.

5. The parties are to split the costs for the CPA firm to conduct the redactions.

Despite the informal nature of this letter, it is an Order of the Court and will be docketed accordingly.

Very truly yours,

A. David Copperthite
United States Magistrate Judge