**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| KEYES LAW FIRM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:17-cv-02972-RDB |
| | ) | |
| NAPOLI BERN RIPKA SHKOLNIK, LLP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**EMERGENCY MOTION FOR LEAVE**
**TO WITHDRAW APPEARANCES AS COUNSEL**

Michelle N. Lipkowitz, Leland S. Shelton, and Saul Ewing Arnstein & Lehr, LLP, pursuant to Local Rule 101.2, hereby move for leave to withdraw their appearances as attorneys for Defendants, Napoli Bern, LLP, Napoli Bern & Associates, LLP, Napoli Bern Ripka, LLP, Napoli Bern Ripka Shkolnik & Associates, LLP, Law Offices of Napoli Bern, LLP, Law Offices of Napoli Bern Ripka & Associates, LLP, Law Offices of Napoli Bern Ripka Shkolnik LLP, Law Offices of Napoli Bern Ripka Shkolnik & Associates LLP, Napoli, Kaiser, Bern & Associates, LLP, and Pasternack Tilker Napoli Bern LLP (the "Legacy Defendants"). As stated in the attached Certificate, in addition to ongoing, and often times daily communications, written notice was mailed and emailed to the Legacy Defendants on September 20, 2019 and December 20, 2018, advising them: (i) of counsel's proposed withdrawal; and (ii) as to the corporate defendants, Napoli Bern, LLP, Napoli Bern & Associates, LLP, Napoli Bern Ripka, LLP, Napoli Bern Ripka Shkolnik & Associates, LLP, Law Offices of Napoli Bern, LLP, Law Offices of Napoli Bern Ripka & Associates, LLP, Law Offices of Napoli Bern Ripka Shkolnik LLP, Law Offices of Napoli Bern Ripka Shkolnik & Associates LLP, Napoli, Kaiser, Bern & Associates,

1

LLP, and Pasternack Tilker Napoli Bern LLP, to have new counsel enter an appearance or be subject to default judgment, as applicable.

WHEREFORE, Michelle N. Lipkowitz, Leland S. Shelton and Saul Ewing Arnstein & Lehr, LLP, respectfully request that the Court permit them to withdraw as attorneys for the Legacy Defendants and strike their appearances in this action.  Further, due to the timing of the filing of this motion, immediate relief is requested.  Counsel also request that any briefing that the court deems necessary to be conducted on an expedited schedule.

Respectfully submitted,

*s/ Michelle N. Lipkowitz*
Michelle N.  Lipkowitz (Bar No. 27188)
Leland Shelton (Bar No. 20682)
Saul Ewing Arnstein & Lehr LLP
500 E. Pratt Street, Suite 800
Baltimore, MD 21202
(410) 332-8603 (telephone)
(410) 332-8081 (facsimile)
michelle.lipkowitz@saul.com
Leland.shelton@saulewing.com

*Counsel for Legacy Defendants*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th  day of November, 2019, a copy of the foregoing Motion for Leave to Withdraw Appearances as Counsel was served to counsel of record via CM/ECF.

I HEREBY CERTIFY that on this 4th day of October, 2019, a copy of the foregoing Motion for Leave to Withdraw Appearances as Counsel was served upon Defendants, Napoli Bern, LLP; Napoli Bern & Associates, LLP; Napoli Bern Ripka, LLP; Napoli Bern Ripka Shkolnik & Associates, LLP; the Law Offices of Napoli Bern, LLP; the Law Offices of Napoli Bern Ripka & Associates, LLP; the Law Offices of Napoli Bern Ripka Shkolnik, LLP; the Law Offices of Napoli Bern Ripka Shkolnik & Associates, LLP; Napoli, Kaiser, Bern & Associates, LLP; Napoli Bern Ripka Shkolnik, LLP; and Pasternack Tilker Napoli Bern, LLP, via email and USPS Priority Mail to:

Paul J. Napoli, Esquire
Napoli Shkolnik PLLC
400 Broadhollow Road
Melville, NY 11747

Marc J. Bern, Esquire
Marc J. Bern & Partners LLP
60 E 42nd Street
New York, NY 10165

/s/  Michelle N. Lipkowitz
Michelle N. Lipkowitz, Bar No. 27188