LAW OFFICES
# KRAMON & GRAHAM, P. A.
ONE SOUTH STREET
SUITE 2600
## BALTIMORE, MARYLAND 21202-3201
TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

www.kramonandgraham.com

DAVID J. SHUSTER

ALSO ADMITTED IN DC

E-MAIL
dshuster@kg-law.com
DIRECT FACSIMILE
(410) 361-8229

November 18, 2019

VIA ECF
The Honorable Richard D. Bennett
District Judge
United States District Court for the District of Maryland
101 West Lombard Street, Chambers 5D
Baltimore, Maryland  21201

   RE: Keyes Law Firm, LLC v. Napoli Bern Ripka Shkolnik, LLP, *et al.*
      17-cv-2972-RDB

Dear Judge Bennett:

  This responds to the Napoli Defendants' two motions (ECF 344 and 347) to shorten KLF's time to respond to a "Rule 53 Motion to Appoint Special Master" (ECF 343) and a motion to preclude KLF's damages experts from testifying (ECF 346).  Both motions to shorten time would have KLF respond this Thursday — the filing deadline for KLF's reply brief on summary judgment and the day after the filing deadline for KLF's opposition to NS&A's motion to dismiss (ECF 335).  Notably, the motion to preclude (ECF 346) (as of 5:10 p.m.) is under seal and we cannot review it because defense counsel have not yet served an unsealed copy.

  Today, we were preparing for a settlement conference with Judge Sullivan, which is scheduled to take place tomorrow.  In addition, we need to prepare for Monday's motions hearing.  As a result, time is of a premium this week.

  With respect to the motion to appoint a special master at this late stage, it is inexplicable that defense counsel waited until now to spring this request on the Court and KLF.  Indeed, we

The Honorable Richard D. Bennett
November 18, 2019
Page 2

were all assembled for a teleconference with the Court just last week, and defense counsel did not mention that any such request would be forthcoming. Nor did Defendants mention in the status report that they were planning to seek the appointment of a special master.

As to the motion to preclude experts, when we finally do obtain a copy, we will want to review it with our experts and prepare a considered response. Depending on the grounds for the requested relief, we may want our experts to be available to testify at any hearing on the motion. Today's filing was surprising given that counsel is in the middle of discussing a briefing schedule for motions in *limine*. In an email today, Mr. Lynch said he would be proposing briefing dates. Hence, it is unclear why today's motion suddenly materialized without warning and was accompanied by a motion to shorten time.

For these reasons, KLF requests that both motions to shorten time be denied. KLF will make every effort to respond by next Wednesday.

Respectfully submitted,

*/s/ David J. Shuster*

David J. Shuster

cc:     All counsel of record (via ECF)