**CHAMBERS OF**  
**RICHARD D. BENNETT**  
**UNITED STATES DISTRICT JUDGE**  
**NORTHERN DIVISION**

**U.S. COURTHOUSE - CHAMBERS 5D**  
**101 W. LOMBARD STREET**  
**BALTIMORE, MD 21201**  
**TEL: 410-962-3190**  
**FAX: 410-962-3177**

November 18, 2019

## LETTER ORDER

To Counsel of Record:  *Keyes Law Firm v. Napoli Bern Ripka Shkolnik, LLP, et al.*
Civil Action No. RDB-17-2972

Dear Counsel:

This Court is in receipt of Plaintiff's correspondence regarding the briefing of two motions filed today, November 18, 2019, by the Napoli Defendants: Rule 53 Motion to Appoint Special Master (ECF No. 343) and Motion to Preclude the Testimony of Plaintiff's Experts (ECF No. 346). The Court will deny the Napoli Defendants' Motions to Shorten Time for Plaintiff to Respond (ECF Nos. 344, 347) and will allow Plaintiff until **Wednesday, November 27, 2019** to submit its Responses to ECF Nos. 343 and 346. The Motions Hearing in this matter remains scheduled for Monday, November 25, 2019 at 10:00 a.m. on all pending motions except for ECF Nos. 343 and 346, which the Court will address separately.

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

*/s/ Richard D. Bennett*

Richard D. Bennett  
United States District Judge