IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| KEYES LAW FIRM, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:17-cv-02972-RDB |
| ) | |
| ) | |
| NAPOLI BERN RIPKA SHKOLNIK, LLP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS NAPOLI BERN RIPKA SHKOLNIK, LLP, NAPOLI BERN, LLP, NAPOLI BERN & ASSOCIATES, LLP, NAPOLI BERN RIPKA, LLP, NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP, LAW OFFICES OF NAPOLI BERN, LLP, LAW OFFICES OF NAPOLI BERN RIPKA & ASSOCIATES, LLP, LAW OFFICES OF NAPOLI BERN RIPKA SHKOLNIK LLP, LAW OFFICES OF NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES LLP, NAPOLI, KAISER, BERN & ASSOCIATES, LLP, AND PASTERNACK TILKER NAPOLI BERN LLP'S
MOTION TO EXCLUDE TESTIMONY OF CHARLES MULLIN AND ANDREW EVANS CONCERNING DAMAGES**

Defendants Napoli Bern Ripka Shkolnik, LLP ("NBRS"), and Defendants Napoli Bern, LLP, Napoli Bern & Associates, LLP, Napoli Bern Ripka, LLP, Napoli Bern Ripka Shkolnik & Associates, LLP, Law Offices of Napoli Bern, LLP, Law Offices of Napoli Bern Ripka & Associates, LLP, Law Offices of Napoli Bern Ripka Shkolnik LLP, Law Offices of Napoli Bern Ripka Shkolnik & Associates LLP, Napoli, Kaiser, Bern & Associates, LLP, and Pasternack Tilker Napoli Bern LLP (the "Legacy Defendants"), by and through undersigned counsel, hereby join in Defendants' Napoli Shkolnik, PLLC, Paul Napoli Law, PPLC, Napoli Shkolnik & Associates, PLLC, Napoli Law, PLLC (the "Napoli Defendants") and Paul J. Napoli's Motion to Exclude Testimony of Charles Mullin and Andrew Evans concerning damages, and in support state as follows:

1

NRBS and the Legacy Defendants hereby incorporate by reference as if fully stated herein the Napoli Defendants and Paul J. Napoli's Motion to Exclude Testimony of Charles Mullin and Andrew Evans concerning damages.

Dated: November 27, 2019

                                              Respectfully submitted,

                                              _____/s/ *Michelle N. Lipkowitz*_____
                                              Michelle N. Lipkowitz (Bar No. 27188)
                                              Kayleigh T. Keilty (Bar No. 18969)
                                              Leland Shelton (Bar No. 20682)
                                              Saul Ewing Arnstein & Lehr LLP
                                              500 E. Pratt Street, Suite 800
                                              Baltimore, Maryland  21202
                                              (410) 332-8603 (telephone)
                                              (410) 332-8081 (facsimile)
                                              Michelle.Lipkowitz@saul.com (email)

*Counsel for Napoli Bern Ripka Shkolnik, LLP, Napoli Bern, LLP, Napoli, Bern & Associates, LLP, Napoli Bern Ripka, LLP, Napoli Bern Ripka Shkolnik & Associates, LLP, Law Offices of Napoli Bern, LLP, Law Offices of Napoli Bern Ripka & Associates, LLP, Law Offices of Napoli Bern Ripka Shkolnik, LLP, Law Offices of Napoli Bern Ripka Shkolnik & Associates, LLP, Napoli, Kaiser, Bern & Associates, LLP and Napoli Bern Ripka & Associates, LLP, Pasternak Tilker Napoli Bern, LLP*

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on this 27th day of November, 2019, a copy of the foregoing was served via electronic mail upon:

 David J. Shuster, Esquire
 Jean E. Lewis, Esquire
 Ezra S. Gollogly, Esquire
 Emily R. Greene, Esquire
 KRAMON & GRAHAM, P.A.
 One South Street, Suite 2600
 Baltimore, Maryland 21202
 *Attorneys for Keyes Law Firm, LLC*

 William N. Sinclair, Esquire
 Silverman Thompson Slutkin White
 201 North Charles Street, 26th Floor
 Baltimore, Maryland 21201
 bsinclair@mdattorney.com
 *Attorney for Defendants Bern Ripka LLP,*
 *Marc J. Bern & Partners LLP, and Marc Jay Bern*

 Eric Pelletier, Esquire
 Timothy C. Lynch, Esquire
 Harold Walter, Esquire
 Meghan Finnerty, Esquire
 OFFIT KURMAN, PA.
 4800 Montgomery Lane, 9th Floor
 Bethesda, Maryland 20814
 epelletier@offitkurman.com
 tlynch@offitkurman.com
 hwalter@offitkurman.com
 mfinnerty@offitkurman.com
 *Attorney for Defendants Paul J. Napoli,*
 *Napoli Shkolnik PLLC, Paul Napoli Law*
 *PLLC, and Napoli Law PLLC*

Date:  November 27, 2019    /s Kayleigh T. Keilty
                 Kayleigh T. Keilty