IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| KEYES LAW FIRM, LLC, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:17-cv-02972-RDB |
| NAPOLI BERN RIPKA SHKOLNIK, LLP, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER APPROVING VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF ALL CLAIMS AGAINST MARC J. BERN**

Upon review of Plaintiff's Request for Order Approving Voluntary Dismissal with Prejudice as to all remaining counts against defendant Marc J. Bern, it is this 4th day of December, 2019, hereby:

**ORDERED** that Plaintiff's Request is **GRANTED**; and it is further

**ORDERED** that all of Plaintiff's claims against Marc J. Bern are **DISMISSED WITH PREJUDICE**.

_____
Judge, United States District Court
for the District of Maryland