IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| KEYES LAW FIRM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:17-cv-02972-RDB |
| | ) |
| | ) |
| NAPOLI BERN RIPKA SHKOLNIK, LLP, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS NAPOLI BERN RIPKA SHKOLNIK, LLP, NAPOLI BERN, LLP, NAPOLI BERN & ASSOCIATES, LLP, NAPOLI BERN RIPKA, LLP, NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP, LAW OFFICES OF NAPOLI BERN, LLP, LAW OFFICES OF NAPOLI BERN RIPKA & ASSOCIATES, LLP, LAW OFFICES OF NAPOLI BERN RIPKA SHKOLNIK LLP, LAW OFFICES OF NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES LLP, NAPOLI, KAISER, BERN & ASSOCIATES, LLP, AND PASTERNACK TILKER NAPOLI BERN LLP'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OF PLAINTIFF'S CLAIM FOR DLF'S FEES BECAUSE DLF HAS DISAVOWED THE PLAINTIFF'S RIGHT TO PURSUE ITS FEE AND IT HAS DISCLAIMED ANY OF ITS FEES.**

Defendants Napoli Bern Ripka Shkolnik, LLP ("NBRS"), and Defendants Napoli Bern, LLP, Napoli Bern & Associates, LLP, Napoli Bern Ripka, LLP, Napoli Bern Ripka Shkolnik & Associates, LLP, Law Offices of Napoli Bern, LLP, Law Offices of Napoli Bern Ripka & Associates, LLP, Law Offices of Napoli Bern Ripka Shkolnik LLP, Law Offices of Napoli Bern Ripka Shkolnik & Associates LLP, Napoli, Kaiser, Bern & Associates, LLP, and Pasternack Tilker Napoli Bern LLP (the "Legacy Defendants"), by and through undersigned counsel, hereby join in Defendants' Napoli Shkolnik, PLLC, Paul Napoli Law, PPLC, Napoli Shkolnik & Associates, PLLC, Napoli Law, PLLC (the "Napoli Defendants") and Paul J. Napoli's Motion *in limine* to preclude evidence of Plaintiff's claim for the David Law Firm's ("DLF") fees because

1

DLF has disavowed the Plaintiff's right to pursue its fee and it has disclaimed any of its fees, and in support state as follows:

NRBS and the Legacy Defendants hereby incorporate by reference as if fully stated herein the Napoli Defendants and Paul J. Napoli's Motion *in limine* to preclude evidence of Plaintiff's claim for DLF fees because DLF has disavowed the Plaintiff's right to pursue its fee and it has disclaimed any of its fees.

Dated: December 9, 2019

Respectfully submitted,

/s/ *Michelle N. Lipkowitz*
Michelle N. Lipkowitz (Bar No. 27188)
Kayleigh T. Keilty (Bar No. 18969)
Leland Shelton (Bar No. 20682)
Saul Ewing Arnstein & Lehr LLP
500 E. Pratt Street, Suite 800
Baltimore, Maryland 21202
(410) 332-8603 (telephone)
(410) 332-8081 (facsimile)
Michelle.Lipkowitz@saul.com (email)

*Counsel for Napoli Bern Ripka Shkolnik, LLP, Napoli Bern, LLP, Napoli, Bern & Associates, LLP, Napoli Bern Ripka, LLP, Napoli Bern Ripka Shkolnik & Associates, LLP, Law Offices of Napoli Bern, LLP, Law Offices of Napoli Bern Ripka & Associates, LLP, Law Offices of Napoli Bern Ripka Shkolnik, LLP, Law Offices of Napoli Bern Ripka Shkolnik & Associates, LLP, Napoli, Kaiser, Bern & Associates, LLP and Napoli Bern Ripka & Associates, LLP, Pasternak Tilker Napoli Bern, LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of December, 2019, a copy of the foregoing was served via ECF upon:

David J. Shuster, Esquire
Jean E. Lewis, Esquire
Ezra S. Gollogly, Esquire
Emily R. Greene, Esquire
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
*Attorneys for Keyes Law Firm, LLC*

William N. Sinclair, Esquire
Silverman Thompson Slutkin White
201 North Charles Street, 26th Floor
Baltimore, Maryland 21201
bsinclair@mdattorney.com
*Attorney for Defendants Bern Ripka LLP,
Marc J. Bern & Partners LLP, and Marc Jay Bern*

Eric Pelletier, Esquire
Timothy C. Lynch, Esquire
Harold Walter, Esquire
Meghan Finnerty, Esquire
OFFIT KURMAN, PA.
4800 Montgomery Lane, 9th Floor
Bethesda, Maryland 20814
epelletier@offitkurman.com
tlynch@offitkurman.com
hwalter@offitkurman.com
mfinnerty@offitkurman.com
*Attorney for Defendants Paul J. Napoli,
Napoli Shkolnik PLLC, Paul Napoli Law
PLLC, and Napoli Law PLLC*

Date: December 9, 2019                 /s Kayleigh T. Keilty
                                        Kayleigh T. Keilty