IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **KEYES LAW FIRM, LLC,** | * | |
| Plaintiff, | * | |
| v. | * | Civil No. RDB-17-2972 |
| **NAPOLI BERN RIPKA SHKOLNIK, LLP,** *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

This Court having reviewed the submissions of the parties, and heard the argument of counsel, for the reasons stated on the record, IT IS HEREBY ORDERED this 9th day of December, 2019 that:

1. Napoli Defendants' Motion in Limine to Preclude Evidence of Plaintiff's Claim for DLF's Fees because DLF has Disavowed the Plaintiff's Right to Pursue its Fee and it has Disclaimed any of its Fees (ECF No. 407) is DENIED;

2. Legacy Defendants' Motion in Limine to Preclude Evidence of Plaintiff's Claim for DLF's Fees because DLF has Disavowed the Plaintiff's Right to Pursue its Fee and it has Disclaimed any of its Fees (ECF No. 408) is DENIED;

3. Plaintiff's December 8, 2019 Letter to the Court (ECF No. 405), construed as a Motion for Sanctions, is DENIED.

_/s/ Richard D. Bennett_
Richard D. Bennett
United States District Judge