# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

Keyes Law Firm, LLC,                    *                    CIVIL NO. RDB-17-02972

        v.                    *

Napoli Bern Ripka Shkolnik, LLP, et al.    *

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF JUDGMENT

The Jury having returned a verdict in favor of the plaintiff, **Keyes Law Firm, LLC,** against the defendants: **Paul Napoli Law PLLC; Napoli Law PLLC; Napoli Shkolnik PLLC; Napoli Shkolnik Shkolnik & Associates PLLC; Napoli Bern LLP; Napoli Bern & Associates LLP; Napoli Bern Ripka & Associates LLP; Napoli Bern Ripka LLP; Napoli Bern Ripka Shkolnik & Associates LLP; Law Offices of Napoli Bern LLP; Law Offices of Napoli Bern Ripka & Associates LLP; Law Offices of Napoli Bern Ripka Shkolnik LLP, Law Offices of Napoli Bern Ripka Shkolnik & Associates LLP,** it is this 19th day of December 2019,

**ORDERED**

1. Judgment is entered in favor of Plaintiff **Keyes Law Firm, LLC,** and against Defendants **Paul Napoli Law PLLC; Napoli Law PLLC; Napoli Shkolnik PLLC; Napoli Shkolnik & Associates PLLC; Napoli Bern LLP; Napoli Bern & Associates LLP; Napoli Bern Ripka & Associates LLP; Napoli Bern Ripka LLP; Napoli Bern Ripka Shkolnik & Associates LLP; Law Offices of Napoli Bern LLP; Law Offices of Napoli Bern Ripka & Associates LLP; Law Offices of Napoli Bern Ripka Shkolnik LLP, Law Offices of Napoli Bern Ripka Shkolnik & Associates LLP** in the amount of $1,502,882; and

2. Any and all prior rulings made by this court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

_____
*Richard D. Bennett*
*UNITED STATES DISTRICT JUDGE*