# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **KEYES LAW FIRM, LLC** | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No: RDB-17-2972 |
| **NAPOLI BERN RIPKA SHKOLNIK, LLP, et al.,** | * | |
| Defendants. | * | |

\*\*\*\*\*\*

## ORDER

Following a jury verdict in favor of Plaintiff, the Court entered judgment in favor of Plaintiff, **Keyes Law Firm, LLC,** and against Defendants **Paul Napoli Law PLLC; Napoli Law PLLC; Napoli Shkolnik PLLC; Napoli Shkolnik & Associates PLLC; Napoli Bern LLP; Napoli Bern & Associates LLP; Napoli Bern Ripka & Associates LLP; Napoli Bern Ripka LLP; Napoli Bern Ripka Shkolnik & Associates LLP; Law Offices of Napoli Bern LLP; Law Offices of Napoli Bern Ripka & Associates LLP; Law Offices of Napoli Bern Ripka Shkolnik LLP; and Law Offices of Napoli Bern Ripka Shkolnik & Associates LLP**. Pursuant to Fed. R. Civ. P. 62(b), it is hereby

ORDERED that Defendants shall post, by 12:00 p.m. on December 23, 2019, a surety bond in the amount $1,803,958.40, which is 120% of the amount of judgment plus an additional $500 to cover costs on appeal pursuant to Local Rule 110.1; and it is further

ORDERED that the execution and enforcement of judgment in this action is hereby stayed pending Defendants' appeal in this matter.

_December 19, 2019_
Date

_/s/ Richard D. Bennett_
Richard D. Bennett
United States District Judge