

MARYLAND
PENNSYLVANIA
VIRGINIA
NEW JERSEY
NEW YORK
DELAWARE
WASHINGTON, DC

**Timothy C. Lynch**
*Managing Principal*
Direct Dial: (410) 209-6436
Facsimile: (410) 209-6435
Email: tlynch@offitkurman.com

December 23, 2019

<u>*VIA ECF*</u>

The Honorable Richard D. Bennett
District Judge
United States District Court for the
District of Maryland (Northern Division)
101 West Lombard Street
Chambers 5D
Baltimore, MD 21201

**RE:   Keyes Law Firm, LLC, Plaintiff
         v. Napoli Bern Ripka Shkolnik, LLP, et al., Defendants
         <u>U.S.D.C. (D.MD) Civil Action No. 17-cv-02972(RDB)</u>**

Dear Judge Bennett:

  I am writing on behalf of the Defendants referred to as the "Napoli Defendants". The Order that you signed on December 19, 2019, requires the Defendants to obtain to post a surety bond by noon today. My clients started the process of trying to get a bond late in the afternoon on the December 19th but they have had one business day to get a bond in place because of the intervening weekend. Posting a corporate bond requires an application and it requires the bonding company to perform underwriting. In short, none of the bonding companies that they have been dealing with can underwrite a bond of almost two million dollars in a day, including Atlantic, which issued the last bond. The fact that most of the bonding companies are closed for the next two days and most are understaffed this time of year is also a reality that bonding companies are dealing with,

  I have spoken with my clients as well as their CFO and they are working diligently on obtaining a bond, but we respectfully request that you extend the timeline for the Defendants to obtain a bond for two weeks until Friday January 10, 2020 to give them some additional time to obtain a bond. That is still within the thirty-day window contemplated by the rules.



MARYLAND
PENNSYLVANIA
VIRGINIA
NEW JERSEY
NEW YORK
DELAWARE
WASHINGTON, DC

Thank you for your consideration.

Respectfully submitted,

/s/ Timothy Lynch

Timothy Lynch

cc: All counsel of record (via ecf / email)