

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KEYES LAW FIRM, LLC,** | * |
| Plaintiff, | * |
| v. | * Civil Action No.: RDB-17-2972 |
| **NAPOLI BERN RIPKA SHKOLNIK, LLP,** *et al.*, | * |
| Defendants. | * |

* * * * * * * * * * * * * * * *

## **VERDICT FORM**

1

I.     As to Defendant Paul J. Napoli, individually, and the Defendant law firm of Napoli Bern Ripka Shkolnik, LLP:

A. What is the total settlement recovery for the claims of the 2,174 subject clients?

$ 45,300,000

B. What is the total amount of payment owed to the Keyes Law Firm?

$ 2,718,000

C. What is the net recovery due to the Keyes Law Firm?

$ 1,502,882

II.     How do you find as to whether the following Defendants share in the liability of the net recovery listed in I.C above:

A. Paul Napoli Law PLLC

Liable **X**            Not Liable ____

If you marked "liable," please check under which theory of liability:

Assignment **X**            Alter ego **X**

B. Napoli Law PLLC

Liable **X**            Not Liable ____

If you marked "liable," please check under which theory of liability:

Assignment ____            Alter ego **X**

C. Napoli Shkolnik PLLC

Liable **X**            Not Liable ____

If you marked "liable," please check under which theory of liability:

2

Assignment  X̲          Alter ego  X̲

**D. Napoli Shkolnik & Associates PLLC**

Liable  X̲          Not Liable ____

**If you marked "liable," please check under which theory of liability:**

Assignment  X̲          Alter ego  X̲

**E. Napoli Bern LLP**

Liable  X̲          Not Liable ____

**If you marked "liable," please check under which theory of liability:**

Assignment  X̲          Alter ego  X̲

**F. Napoli Bern & Associates LLP**

Liable  X̲          Not Liable ____

**If you marked "liable," please check under which theory of liability:**

Assignment  X̲          Alter ego  X̲

**G. Napoli Bern Ripka & Associates LLP**

Liable  X̲          Not Liable ____

**If you marked "liable," please check under which theory of liability:**

Assignment  X̲          Alter ego  X̲

**H. Napoli Bern Ripka LLP**

Liable  X̲          Not Liable ____

**If you marked "liable," please check under which theory of liability:**

Assignment  X           Alter ego  X

I. **Napoli Bern Ripka Shkolnik & Associates LLP**

Liable  X           Not Liable ____

If you marked "liable," please check under which theory of liability:

Assignment  X           Alter ego  X

J. **Law Offices of Napoli Bern LLP**

Liable  X           Not Liable ____

If you marked "liable," please check under which theory of liability:

Assignment  X           Alter ego  X

K. **Law Offices of Napoli Bern Ripka & Associates LLP**

Liable  X           Not Liable ____

If you marked "liable," please check under which theory of liability:

Assignment  X           Alter ego  X

L. **Law Offices of Napoli Bern Ripka Shkolnik LLP**

Liable  X           Not Liable ____

If you marked "liable," please check under which theory of liability:

Assignment  X           Alter ego  X

M. **Law Offices of Napoli Bern Ripka Shkolnik & Associates LLP**

Liable  X           Not Liable ____

If you marked "liable," please check under which theory of liability:

Assignment __X__     Alter ego __X__

**N. Napoli Kaiser Bern & Associates LLP**

Liable ____     Not Liable __X__

**If you marked "liable," please check under which theory of liability:**

Assignment ____     Alter ego ____

**O. Pasternack Tilker Napoli Bern LLP**

Liable ____     Not Liable __X__

**If you marked "liable," please check under which theory of liability:**

Assignment ____     Alter ego ____

rm below:

12/19/19

All jurors: ____

Date: December 19th, 2019