IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| KEYES LAW FIRM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:17-cv-02972-RDB |
| | ) |
| NAPOLI BERN RIPKA SHKOLNIK, LLP, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS NAPOLI, KAISER, BERN & ASSOCIATES, LLP AND PASTERNACK TILER NAPOLI BERN LLP'S MEMORANDUM IN SUPPORT OF BILL OF COSTS**

Defendants Napoli, Kaiser, Bern & Associates, LLP and Pasternack Tiler Napoli Bern LLP ("Defendants"), by and through their undersigned counsel, respectfully file this Memorandum in Support of their Bill of Costs (the "Memorandum"). As the Bill of Costs and this Memorandum demonstrate, Defendants' total taxable costs for this litigation are $1,915.27.

1. **Entitlement.** On October 14, 2019, Defendants, pursuant to Rule 68 of the Federal Rules of Civil Procedure, each served upon Plaintiff Keyes Law Firm, LLC ("Plaintiff") an Offer of Judgment offering to allow judgment to be taken against Defendants for Five Thousand Dollars ($5,000.00) each. A copy of the Offers of Judgment are attached as **Exhibit A** to the Bill of Costs, filed herewith. Plaintiff did not accept Defendants' Offers of Judgment. Thereafter, Plaintiff did not obtain a verdict against Defendants. Accordingly, pursuant to Rule 68(d), Plaintiff is required to pay the costs incurred by Defendants after October 14, 2019, the date the offers of judgment were made.

2. Witness Fees. Witnesses' statutory attendance fee of $40 per day of testimony, mileage or common carrier, and "subsistence" per diem for necessary hotel stays are taxable

under 28 U.S.C.§1920(3).[1,2]  *See* Guidelines at § II(F)(1), pp. 9-10.  Defendants incurred all three expenses for Patrick Haines and Robert Gitelman.  Mr. Haines traveled from Austin, Texas to Baltimore, Maryland to testify in this matter.  He testified on Friday, December 12, 2019 and Monday, December 16, 2019.  Mr. Gitelman traveled from Mountain Lakes, New Jersey to testify in this matter.  Mr. Gitelman testified on Monday, December 16, 2019.  As the Bill of Costs and accompanying Affidavit of Michelle N. Lipkowitz indicate, the total taxable costs incurred by Defendants after October 14, 2019 was $1,915.27.  Documentation demonstrating carrier costs and hotel stays is attached to the Bill of Costs, filed herewith, as **Exhibit B**.

3.  **Total.**  Wherefore, Defendants Napoli, Kaiser, Bern & Associates, LLP and Pasternack Tiler Napoli Bern LLP are entitled to a total of $1,915.27 in costs pursuant to Fed. R. Civ. P. 68(d), 28 U.S.C. § 1920, and 28 U.S.C. § 1821.

/s/ *Michelle N. Lipkowitz*
Michelle N. Lipkowitz (Bar No. 27188)
Kayleigh T. Keilty (Bar No. 18969)
Leland Shelton (Bar No. 20682)
Saul Ewing Arnstein & Lehr LLP
500 E. Pratt Street, Suite 800
Baltimore, Maryland  21202
(410) 332-8603 (telephone)
(410) 332-8081 (facsimile)
Michelle.Lipkowitz@saul.com

*Counsel for Napoli Bern Ripka Shkolnik, LLP*

---

[1] 28 U.S.C. 1920(3) is read in conjunction with 28 U.S.C. § 1821, and with the guidelines for a subsistence *per diem* promulgated by the United States General Services Administration at https://www.gsa.gov/travel/plan-book/per-diem-rates.  *See* Guidelines at § II(F)(1)(g), pp. 9.

[2] Parties may not typically seek expert witness fees pursuant to Section 1920.  *See Levy v. Saint Gobain Ceramigues Avancees Desmarquest*, No. CV PWG-04-492, 2006 WL 8456786, at *4 (D. Md. Oct. 16, 2006).  But in the event Plaintiff is awarded fees related to expert witness testimony in its anticipated Motion for Attorneys' Fees and Costs, Defendants will supplement this Memorandum and its Bill of Costs to seek such fees.  Defendants do not waive any rights to seek fees related to expert witnesses.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of January, 2020, a copy of the foregoing was served via electronic mail upon:

    David J. Shuster, Esquire
    Jean E. Lewis, Esquire
    Ezra S. Gollogly, Esquire
    Emily R. Greene, Esquire
    KRAMON & GRAHAM, P.A.
    One South Street, Suite 2600
    Baltimore, Maryland 21202
    dshuster@kg-law.com
    *Attorneys for Keyes Law Firm, LLC*

    William N. Sinclair, Esquire
    Silverman Thompson Slutkin White
    201 North Charles Street, 26th Floor
    Baltimore, Maryland 21201
    bsinclair@mdattorney.com
    *Attorney for Defendants Bern Ripka LLP,*
    *Marc J. Bern & Partners LLP, and Marc Jay Bern*

    Eric Pelletier, Esquire
    Timothy C. Lynch, Esquire
    Harold Walter, Esquire
    Meghan Finnerty, Esquire
    OFFIT KURMAN, PA.
    4800 Montgomery Lane, 9th Floor
    Bethesda, Maryland 20814
    epelletier@offitkurman.com
    tlynch@offitkurman.com
    hwalter@offitkurman.com
    mfinnerty@offitkurman.com
    *Attorney for Defendants Paul J. Napoli,*
    *Napoli Shkolnik PLLC, Paul Napoli Law*
    *PLLC, and Napoli Law PLLC*

Date:  January 2, 2020        /s Kayleigh T. Keilty
                                        Kayleigh T. Keilty