IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| KEYES LAW FIRM, LLC, | * |
|    Plaintiff, | * |
| v. | *   Case No.: 1:17-cv-02972 |
| NAPOLI BERN RIPKA SHKOLNIK, LLP, *et al.*, | * |
|    Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**JOINT REQUEST FOR ENTRY OF STIPULATED
ORDER REGARDING POST-JUDGMENT INTEREST**

Following the opinion of the United States Court of Appeals for the Fourth Circuit filed August 4, 2022 (USCA4 Appeal: 19-2173, Doc: 198), undersigned counsel have conferred and reached stipulations regarding the applicable rate and calculation of post-judgment interest in this matter.  Such stipulations are memorialized in the accompanying proposed Stipulated Order Regarding Post-Judgment Interest.  Accordingly, the Parties hereby jointly request that this Court enter that order.

Dated:  August 31, 2022                                    Respectfully submitted,

| | |
|---|---|
| */s/  David J. Shuster\**  <br> Andrew Jay Graham (00080) <br> David J. Shuster (23120) <br> Jean E. Lewis (27562) <br> Ezra S. Gollogly (28088) <br> Emily R. Greene <br> Signed by Meghan Finnerty <br> Kramon & Graham, P.A. <br> One South Street, Suite 2600 <br> Baltimore, Maryland 21202 <br> (410) 752-6030 (telephone) <br> (410) 539-1269 (facsimile) <br><br> *Attorneys for Plaintiff Keyes Law Firm, LLC* | */s/ Michelle N. Lipkowitz\** <br> Michelle N.  Lipkowitz (27188) <br> *\* Signed by Meghan Finnerty with permission of Michelle N. Lipkowitz* <br> Saul Ewing Arnstein & Lehr LLP <br> 500 East Pratt Street, Suite 800 <br> Baltimore, Maryland 21202 <br> (410) 332-8603 (telephone) <br> (410) 332-8081 (facsimile) <br> michelle.lipkowitz@saul.com <br> leland.shelton@saul.com <br><br> *Counsel for Napoli Bern Ripka Shkolnik, LLP, Napoli Bern, LLP, Napoli Bern & Associates, LLP, Napoli Bern Ripka, LLP, Napoli Bern Ripka Shkolnik & Associates, LLP, Law Offices of Napoli Bern, LLP, Law Offices of Napoli Bern Ripka & Associates, LLP, Law Offices of Napoli Bern Ripka Shkolnik LLP, Law Offices of Napoli Bern Ripka Shkolnik & Associates LLP, Napoli, Kaiser, Bern & Associates, LLP, and Pasternack Tilker Napoli Bern LLP* <br><br> */s/ Megan Finnerty* <br> Timothy Lynch (12764) <br> Harold Walter (03387) <br> Eric Pelletier (12716) <br> Meghan Finnerty (pro hac vice) <br> *\*Signed by Jean E. Lewis with permission of Timothy Lynch* <br> Offit Kurman, P.A. <br> 300 East Lombard Street, Suite 2010 <br> Baltimore, Maryland 21202 <br> 410-209-6400 (office) <br> 410-209-6435 (fax) <br><br> *Attorneys for Defendants, Napoli Shkolnik, PLLC, Paul Napoli Law, PLLC, Napoli Law, PLLC, and Paul J. Napoli* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 31st day of August, 2022, copies of the foregoing request and accompanying proposed order were served electronically upon all parties receiving service via CM/ECF in this case.

                                                */s/ Meghan K. Finnerty*
                                                Meghan K. Finnerty