IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| KEYES LAW FIRM, LLC, | * |
|    Plaintiff, | * |
| v. | *  Case No.: 1:17-cv-02972 |
| NAPOLI BERN RIPKA SHKOLNIK, LLP, *et al.*, | * |
|    Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF SATISFACTION

Pursuant to this Court's August 31, 2022 Stipulated Order Regarding Post-Judgment Interest (ECF 601), and subject to paragraph 4 of that Order, Plaintiff Keyes Law Firm, LLC hereby gives notice that the judgments identified in paragraphs 1 and 2 of that Order have been satisfied.

Dated: September 7, 2022

Respectfully submitted,

*/s/ David J. Shuster*
Andrew Jay Graham (00080)
David J. Shuster (23120)
Jean E. Lewis (27562)
Ezra S. Gollogly (28088)
Emily R. Greene
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
(410) 752-6030 (telephone)
(410) 539-1269 (facsimile)

*Attorneys for Plaintiff Keyes Law Firm, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 7th day of September, 2022, copies of the foregoing paper were served electronically upon all parties receiving service via CM/ECF in this case.

                                       _/s/ David J. Shuster_
                                       David J. Shuster