IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| KEYES LAW FIRM, LLC, | * |
| Plaintiff, | * |
| v. | * |
| NAPOLI BERN RIPKA SHKOLNIK, LLP, *et al.*, | * |
| Defendant. | * |

Case No.: 1:17-cv-02972

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO SEAL DEFENDANTS' OPPOSITION TO PLAINTIFF
KEYES LAW FIRM LLC'S POST-APPEAL MEMORANDUM
SUPPLEMENTING AND RESTATING ITS PENDING MOTION
REQUESTING AWARD OF ATTORNEYS' FEES AND COSTS**

Pursuant to Local Rules 104.13(c) and 105.11, and the Stipulated Order regarding Confidentiality of Discovery Materials (ECF 123), Defendants Paul J. Napoli, individually, Napoli Shkolnik PLLC, Napoli Shkolnik & Associates, PLLC, Paul Napoli Law, PLLC and Napoli Law, PLLC ("Defendants"), by and through its undersigned counsel, hereby request permission to file under seal Defendants' Opposition to Plaintiff Keyes Law Firm, LLC's Post-Appeal Memorandum Supplementing and Restating Its Pending Motion Requesting Award of Attorneys' Fees and Costs (ECF No. 614) ("Defendants' Opposition").

Defendants' Opposition discloses information concerning communications, third party asbestos defendant information, and other matters that were designated confidential by one or more parties in this action pursuant to the Stipulated Order regarding Confidentiality of Discovery Materials (ECF 123), and also includes confidential financial information that is protected by the Stipulated Order. Alternatives to sealing would not provide sufficient protection

1

because revealing the information contained in Defendants' opposition would result in a disclosure of confidential information.

WHEREFORE, Defendants respectfully request that this Honorable Court seal Defendants' Opposition to Plaintiff Keyes Law Firm, LLC's Post-Appeal Memorandum Supplementing and Restating Its Pending Motion Requesting Award of Attorneys' Fees and Costs.

Dated: October 21, 2022

Respectfully submitted,

**OFFIT KURMAN, P.A.**

By: */s/ Eric Pelletier*
Harold M. Walter, Esquire #3387
Timothy C. Lynch, Esquire #12764
Eric J. Pelletier, Esquire #12716
Meghan K. Finnerty, Esquire *(pro hac vice)*
300 East Lombard Street, Suite 2010
Baltimore, MD 21202
Telephone: 410-209-6400 Facsimile: 410-209-6435 Email:
epelletier@offitkurman.com
hwalter@offitkurman.com
mfinnerty@offitkurman.com
*Counsel for Defendants Paul J. Napoli, individually, Napoli Shkolnik, PLLC, Napoli Shkolnik & Associates, PLLC, Paul Napoli Law, PLLC and Napoli Law, PLLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 21st day of October, 2022, copies of the foregoing was served electronically upon all parties receiving service via CM/ECF in this case.

*/s/ Meghan K. Finnerty*
Meghan K. Finnerty
