IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

|  |  |
|---|---|
| KEYES LAW FIRM, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>NAPOLI BERN RIPKA SHKOLNIK, LLP, *et al.,*<br><br>*Defendants.* | :<br>:<br>:<br>:<br>:  CASE NO.: 1:17-CV-02972-RDB<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANTS' NAPOLI BERN RIPKA SHKOLNIK, LLP, NAPOLI BERN, LLP, NAPOLI BERN & ASSOCIATES, LLP, NAPOLI BERN RIPKA & ASSOCIATES, LLP NAPOLI BERN RIPKA, LLP, NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP, LAW OFFICES OF NAPOLI BERN, LLP, LAW OFFICES OF NAPOLI BERN RIPKA & ASSOCIATES, LLP, LAW OFFICES OF NAPOLI BERN RIPKA SHKOLNIK LLP, NAPOLI KAISER, BERN & ASSOCIATES, LLP, PASTERNACK TILKER NAPOLI BERN, LLP AND LAW OFFICES OF NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES LLP'S OBJECTION TO REPORT AND RECOMMENDATION ON THE <u>ISSUE OF SANCTIONS (ECF No. 636)</u>**

Defendants Napoli Bern Ripka Shkolnik, LLP ("NBRS"), and Defendants Napoli Bern, LLP, Napoli Bern & Associates, LLP, Napoli Bern Ripka, LLP, Napoli Bern Ripka & Associates, LLP, Napoli Bern Ripka Shkolnik & Associates, LLP, Law Offices of Napoli Bern, LLP, Law Offices of Napoli Bern Ripka & Associates, LLP, Law Offices of Napoli Bern Ripka Shkolnik LLP, Napoli Kaiser, Bern & Associates, LLP, Pasternack Tilker Napoli Bern, LLP, and Law Offices of Napoli Bern Ripka Shkolnik & Associates LLP (the "Legacy Defendants"), by and through undersigned counsel, hereby join in Defendants' Napoli Shkolnik, PLLC, Paul Napoli Law, PPLC, Napoli Shkolnik & Associates, PLLC, Napoli Law, PLLC (the "Napoli Defendants") and Paul J. Napoli's Objections to Report and Recommendation on the Issue of Sanctions (ECF No. 636), and in support state as follows:

1

NRBS and the Legacy Defendants hereby incorporate by reference as if fully stated herein the Napoli Defendants and Paul J. Napoli's Objections to Report and Recommendations on the Issue of Sanctions (ECF No. 636).

Dated: June 6, 2023　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　／s／ *Kayleigh T. Keilty*
　　　　　　　　　　　　　　　　　　　　　Kayleigh T. Keilty (Bar No. 18969)
　　　　　　　　　　　　　　　　　　　　　Saul Ewing LLP
　　　　　　　　　　　　　　　　　　　　　500 E. Pratt Street, Suite 800
　　　　　　　　　　　　　　　　　　　　　Baltimore, Maryland  21202
　　　　　　　　　　　　　　　　　　　　　(410) 332-8919 (telephone)
　　　　　　　　　　　　　　　　　　　　　(410) 332-8081 (facsimile)
　　　　　　　　　　　　　　　　　　　　　Kayleigh. Keilty@saul.com (email)

　　　　　　　　　　　　　　　　　　　　　*Counsel for Napoli Bern Ripka Shkolnik, LLP, Napoli Bern, LLP, Napoli, Bern & Associates, LLP, Napoli Bern Ripka, LLP, Napoli Bern Ripka & Associates, LLP, Napoli Bern Ripka Shkolnik & Associates, LLP, Law Offices of Napoli Bern, LLP, Law Offices of Napoli Bern Ripka & Associates, LLP, Law Offices of Napoli Bern Ripka Shkolnik, LLP, Napoli Kaiser, Bern & Associates, LLP, Pasternack Tilker Napoli Bern, LLP,* and *Law Offices of Napoli Bern Ripka Shkolnik & Associates, LLP*

## CERTIFICATE OF SERVICE

    I, Kayleigh T. Keilty, hereby certify that on this 6th day of June, 2023, a copy of the foregoing was served on all parties in interest in this matter receiving services via the CM/ECF system of the Court.

Date:  June 6, 2023                                             **Saul Ewing LLP**

                                                                             By:    <u>/s/ Kayleigh T. Keilty</u>
                                                                                         Kayleigh T. Keilty